# Bizer & DeReus
3319 St. Claude Ave. New Orleans, LA 70117

Andrew D. Bizer, Licensed in LA, NY
Garret S. DeReus, Licensed in LA, MO
Marc P. Florman, Licensed in LA

phone: 504.619.9999
fax: 504.948.9996
www.bizerlaw.com

**VIA EMAIL TO judgments@nysd.uscourts.gov**

March 9, 2017

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

RE:   *Antoinette-Marie Williams v. 82 West 105th Street, LLC, et al.,*
U.S.D.C. for the SDNY, Case No. 1:16-cv-09174-JMF

Please be advised that the Plaintiff, Antoinette-Marie Williams, and Defendants, 82 West 105th Street, LLC, and Gusto Thai, Inc., successor in interest to co-defendant Tum Yum Plus, Inc., have reached an amicable resolution in the above captioned case. Accordingly, Plaintiff, Marie-Antoinette Williams, with consent of Defendants, does hereby move the Court to dismiss with prejudice all claims asserted in the above-referenced action against all 82 West 105th Street, LLC, and Gusto Thai, Inc., successor in interest to co-defendant Tum Yum Plus, Inc., with each party to bear their own costs and attorneys' fees as provided in their settlement.

We appreciate the Court's assistance with this matter. If we may provide any further assistance, please do not hesitate to contact us.

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.

**SO ORDERED:**

_____
U.S.D.J.
March 10, 2017

Respectfully Submitted,

_____
Andrew D. Bizer
THE BIZER LAW FIRM, L.L.C.
Attorneys for Plaintiff
Andrew D. Bizer (NY Bar # 4208955)
andrew@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

cc: Ming Hai, Attorney for Defendants